[No. 8909-9-I. Division One. August 24, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-00215-1, Carolyn R. Dimmick, J., entered May 23, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 9017-8-I. Division One. August 24, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND F. TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85212, Norman W. Quinn, J., entered May 29, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Corbett, JJ.

[No. 8389-9-I. Division One. August 24, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MARK DEL ROSARIO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79-1-00807-5, Carolyn R. Dimmick, J., entered January 4, 1980. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, C.J., and Callow, J.

[No. 8815-7-I. Division One. August 24, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L. JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79487, Carolyn R. Dimmick, J., entered April 15, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.